## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS ZUNIGA,

        Plaintiff

        v.

CHAMBERLIN, *et al.*,

        Defendants

: Civil No. 3:17-cv-792

: (Judge Mariani)

**FILED
SCRANTON**

FEB - 1 2018

PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this ____ day of January, 2018, in accordance with the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 16) to

appoint counsel is **DENIED** without prejudice.

_____
Robert D. Mariani
United States District Judge