# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS ZUNIGA, | : | Civil No. 3:17-cv-792 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CHAMBERLIN, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 19th day of March, 2018, upon consideration of Defendants' motion (Doc. 18) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 18) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is further directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge