IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS ZUNIGA, | : | Civil No. 3:17-cv-792 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CHAMBERLIN, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 19th day of February, 2019, upon consideration of Petitioner's motion (Doc. 46) for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(6), and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 46) is **DENIED**.

Robert D. Mariani
United States District Judge